1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THEODOR S. ZUMEL, | CASE NO.    CV 10-01068 JF |
|---|---|
| Plaintiff, | [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY |
| v. | |
| HCL FINANCE, INC.; NDEX WEST, L.L.C.; INDYMAC FEDERAL BANK, FSB, and DOES 1-50 inclusive, | Ctrm:    3, 5th Floor<br>Judge:   Hon. Jeremy Fogel |
| Defendants. | |

1   THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2   Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3   having been shown,

4   IT IS HEREBY ORDERED:

5   (1)   That the Federal Deposit Insurance Corporation, as Receiver for Indymac
6   Federal Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Federal Bank,
7   FSB; and

8   (2)   That all proceedings in this matter are stayed for ninety (90) days from the
9   date of this Order.

10   IT IS SO ORDERED.

12   Dated:  4/8/10

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE